UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| WARREN I. GREEN, ) | Chapter 7 |
| ) | Case No. 13-10204-WCH |
| Debtor ) | |

CERTIFICATE OF SERVICE

I, Kathleen P. Dwyer, hereby certify that on this date, I served a true and correct copy of the attached NOTICE OF NONEVIDENTIARY HEARING AND RESPONSE DEADLINE RE: TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL, by mailing the same by first class mail, postage prepaid, or via the Court's CM/ECF System, to the parties listed on the attached Service List.

Dated: December 17, 2013

/s/ Kathleen P. Dwyer
Kathleen P. Dwyer, BBO #139800
MacLEAN HOLLOWAY DOHERTY
ARDIFF & MORSE, P.C.
8 Essex Center Drive
Peabody, MA 01960
(978) 774-7123
kdwyer@mhdpc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re    Warren I Green | Chapter: 7 |
| | Case No: 13-10204 |
| Debtor | Judge William C. Hillman |

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **1/8/14 at 09:30 AM** before the Honorable Judge William C. Hillman, Courtroom 2, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109-3945 to consider the following:

   [40] Application to Employ filed by Trustee Kathleen P. Dwyer

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013-1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

   1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

   2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

   1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

   2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071-1.

   3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:12/17/13

By the Court,

Patricia Heaney
Deputy Clerk
617-748-5337

- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV

- Leonard A. Frisoli    laf@frisolilaw.com

- Jennifer L. Hertz    Jennifer.L.Hertz@usdoj.gov

- Timothy Larson    bankruptcy@orlansmoran.com

American Express
Customer Service
PO Box 981535
El Paso, TX 79998-1535

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank of America
NC4 105 03 14
Greensbor, NC 27410

Berik and Walsh, P.C.
Newton Dental Associates
93 Union Street, #402
Newton, MA 02459-2241

Braver, PC
25 Christina Street
Newton, MA 02461

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

CBE Group, Inc.
Bankruptcy Dept.
PO Box 2594
Waterloo, IA 50704-2594

F. H. Cann & Assoc., Inc.
1600 Osgood St., Suite 20-1/120
North Andover, MA 01845-0000

Frederic J Marx, Esq.
Hemmenway & Barnes, LLP
60 State Street
Boston, MA 02109

Gary H. Kreppel, PC
33 Boston Post Rd. West, Suite 590
Marlborough, MA 01750-0000

I.C. System, Inc.
PO Box 64437
St. Paul, MN 55164-0437

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

John N. Lewis, Esq.
John Lewis & Associates
76 Chestnut Street, 1st Floor
Newton, MA 02465-2528

Marsha S. Green
187 Langley Rd., Unit 39
Newton Center, MA 02459-0000

Mass. Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002-6314

Peter F. Davis, Esq.
55 Whitney Street
Holliston, MA 01746-0000

Portfolio Recovery Assoc., LLC
PO Box 12914
Norfolk, VA 23541

Rebecca Green
287 Langley Rd., Unit 39
Newton Center, MA 02459

Robert Snider, Esq.
11 Cahill Park Dr.
Framingham, MA 01702

Sovereign Bank, N.A.
Mail Code: 10-421-CN2
PO Box 12646
Reading, PA 19612-2646

Sovereign Bank, N.A.
Mail Code: 10-6438-RC4
601 Penn St.
Reading, PA 19601

Temple Emanuel
c/o Michael Cantor, Director
385 Ward Street
Newton Centre, MA 02459

Verizon
500 Technology Dr., Suite 300
Weldon Springs, MO 63304

Adam J. Ruttenberg, Esq.
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Warren I. Green
287 Langley Road, Unit 39
Newton Center, MA 02459-2380