UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Warren I Green and Marsha S. Green<br>Debtor, | Chapter: 7<br>Case No: 13–10204<br>Judge Melvin S. Hoffman |

**CLERK'S NOTICE OF TRUSTEE'S INACTIVITY**

The above referenced bankruptcy case has been inactive for a period of more than six months and is presently in the status of "Awaiting Trustee's Report". Please review the above case and file the appropriate report:

*Trustee's No Asset Report
*Trustee's Notice of Assets
*Trustee's Report Before Distribution
*Trustee's Report After Distribution
*Status Report

The deadline for filing the report is thirty days from the date of this Notice.

Date:1/21/16

James M. Lynch
Clerk, U.S. Bankruptcy Court


By the Court,

Michele Roberts
Deputy Clerk
617–748–5371

54