```
                    UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| In re: ) | |
| ) | |
| WARREN I. GREEN, ) | Chapter 7 |
| ) | Case No. 13-10204-MSH |
| Debtor ) | |

CHAPTER 7 TRUSTEE'S STATUS REPORT

Kathleen P. Dwyer, as Chapter 7 Trustee for the estate of Warren I. Green, submits this status report:

1. The Trustee's Complaint against the Debtor's spouse (the "Defendant") was filed January 30, 2014 [Adv. Proc. 14-1026]. The Complaint seeks a declaration that real property located at 287 Langley Road, Unit 39, Newton, MA (the "Condominium"), held nominally in the name of the Defendant, is subject to a resulting trust in favor of the Debtor and the Defendant as tenants by the entirety, and for an order authorizing the Trustee to sell the Condominium pursuant to 11 U.S.C. §363(h).

2. On February 25, 2014, the Defendant filed a motion to dismiss the adversary proceeding, alleging the existence of a "prior pending action" in the Middlesex Superior Court [Docket No. MISUCV2011-002897] (the "Superior Court Action"), which action was originally filed against the Defendant and the Debtor by creditor, Robert Snider, seeking similar relief as that sought in the Adversary Proceeding.

3. A hearing on the motion to dismiss was held on April 9, 2014. The Court continued the motion to dismiss generally.

4. The Trustee and the Defendant proceeded in the Superior Court Action. The Trustee was substituted as plaintiff and filed an amended complaint.

5. In April 2015, Trustee's counsel in the Adversary Proceeding and the Superior Court Action, Adam Ruttenberg,

1

withdrew as counsel. The Trustee employed Attorney Thomas S. Vangel and the law firm of Murtha Cullina LLP to represent her as successor counsel in the Adversary Proceeding and the Superior Court Action. Trial was scheduled for December 21, 2015.

6. On November 30, 2015, the Middlesex Superior Court informed the Trustee's counsel that the Superior Court Action would not be reached for trial on December 21, 2015. A new trial date of April 27, 2016 was set.

7. The case was tried over 4 days in April and May 2016. On June 27, 2016, Judge Fahey dictated a ruling in the Trustee's favor on the resulting trust claim. The formal decision and judgment have not yet entered.

                                      Respectfully submitted,
                                      Kathleen P. Dwyer,
                                      Chapter 7 Trustee
                                      By her attorney,

Dated: June 27, 2016        /s/ Kathleen P. Dwyer
                                      Kathleen P. Dwyer, BBO #139800
                                      MacLEAN HOLLOWAY DOHERTY, P.C.
                                      8 Essex Center Drive
                                      Peabody, MA 01960
                                      (978) 774-7123
                                      kdwyer@mhdpc.com