2006 00072098

Bk: 47328 Pg: 578   Doc: HOME
Page: 1 of 1   04/25/2006 10:24 AM

# DECLARATION OF HOMESTEAD

I, Marsha S. Green, of Middlesex, Massachusetts, owning and occupying as my principal residence the property at 287 Langley Road, Unit 287-39, Newton, MA 02459 acquired by deed of The Newton Terraces, LLC and recorded with the Middlesex Registry of Deeds herewith, hereby declare a homestead in said premises under the provisions of Chapter 188, Section 1, of the General Laws of Massachusetts, I expressly reserve the right to myself and my spouse, if any, and to the survivor of us, and to the personal representative of the survivor of us, to revoke and rescind the homestead as to ourselves and our minor children.

Witness my hand and seal this 24 of April, 2006

_Marsha S. Green_
Marsha S. Green

## COMMONWEALTH OF MASSACHUSETTS

Middlesex                                        4/24/2006

On this Twenty Fourth day of April, 2006, before me, the undersigned notary public, personally appeared the above-named Marsha S. Green proved to me through satisfactory evidence of identification, which was/were        , to be the person(s) whose name(s) is/are signed on the preceding document, and acknowledged to me that he/she/they signed it voluntarily for its stated purpose.

Notary Public
My Commission Expires

Marsha S. Green
287 Langley Rd U-287-39
Newton, MA 02459