

# Hammond Residential

826 BOYLSTON STREET
CHESTNUT HILL, MA 02467
OFFICE: (617) 731-4644; (617) 527-2500
FAX: (617) 566-8379

1631 BEACON STREET
WABAN, MA 02468
OFFICE: (617) 332-8700
FAX: (617) 332-4881

October 11, 2016

Marsha Green
287 Langley Road, #39
Newton, MA 02459

Dear Marsha,

In accordance with your request, I have inspected the real estate located at 287 Langley Road #39, Newton, MA 02459. The purpose of the study was to provide a real estate broker opinion of the estimated current market value as of September 29, 2016.

Market value is generally defined as what a willing buyer would likely pay a willing seller for a particular property in a competitive and open market under all conditions requisite to a fair sale, being aware of all relevant facts, with neither being under pressure to buy or sell. Current market value is determined through a review of the property, including its assets, amenities, any drawbacks, consideration of current market conditions, and a comparison with recent sales of comparable properties in the same or similar neighborhood.

**General Description of the Property:**
The subject property consists of a condominium, built in 2004, with seven rooms, two bedrooms, three full and one half bathrooms. There are approximately 1,793 square feet of living space on two levels and an additional 743 square feet of living space in the basement. There are two tandem parking spaces, one garage and one outside.

**Specific Description by Floor / Layout:**
The first floor offers a large living room (space for a piano) with a fireplace, a dining room, and an eat-in-kitchen. The kitchen has done in 2004 with cherry cabinetry, granite counters and a gas stove. There is also a half bathroom on this level and a door to a backyard patio.

On the second level there is a master bedroom with a bathroom and one family bedroom with a full bathroom. The basement has two finished rooms and a full bath. There is a storage area and a utility area. The heat is gas, forced warm air and there is central air conditioning.

Additional features include; hardwood flooring, and a pantry area.

**Real Estate Taxes:**
Real estate taxes as of January 1, 2016, amounted to $11,180.85 based on an assessed valuation as of $982,500.

SALES • RENTAL • RELOCATION • RESIDENTIAL • COMMERCIAL • PROPERTY MANAGEMENT

LOCATIONS: BACK BAY • BEACON HILL • BELMONT • BROOKLINE • CAMBRIDGE • CHARLESTOWN • CONCORD • FRAMINGHAM • HINGHAM
HULL • LEXINGTON • NEWTON • SHARON • SOUTHBOROUGH • SOUTH END • WELLESLEY • WESTON • WESTWOOD • WINCHESTER

www.HammondMagazines.com • www.HammondRE.com • www.HammondVideos.com

This opinion of value is impartial and has been based solely on the criteria stated. In estimating the current market value of the subject property, we have considered sales of comparable properties in the same or similar neighborhood. The estimated value of unit #39 is based on a square footage price taking into consideration that it is not an end unit and that it is a two bedroom without a master bedroom on the first floor.

Based on this market evidence and additional supportive data on file at this office, it is our opinion as real estate professionals and as REALTORS® that the estimated market value of the subject property as of September 29th, 2016 was $950,000-$959,000.

I have been well acquainted with real estate values in the Newton area for more than 30 years, have been active in brokerage in the Newton area for over 30 years, and are members of the Greater Boston Real Estate Board.

Unless otherwise agreed, the writer shall not be required to give testimony or appear in court because of having prepared this opinion of value. Furthermore, possession of this letter does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without written consent of the writer, and in any event, only in its entirety.

The foregoing constitutes our opinion of value as real estate professionals and REALTOR® rather than a documented, narrative appraisal report. Nevertheless, in consideration of the date on which this report was prepared and assuming no significant changes to the property and market since that time, we are confident that my conclusion will be substantiated in the event the property is offered for sale on the open market.

Yours very truly,

*Mary Talbot Lewitt*

Mary Talbot Lewitt
Senior Associate

---

I have reviewed this letter and find that it follows our Company's standard practices for establishing a real estate broker opinion of value.

*James A. Nemetz*

James A. Nemetz
Senior Vice President

**Hammond Residential**