## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

_____

In Re:
Warren J Green,

                                                                                                          Chapter 7
                                                                                                          Case No: 13-10204-MSH

                    Debtor,

_____

## OPPOSITION OF MARSHA S. GREEN TO CHAPTER 7 TRUSTEE'S MOTION TO EMPLOY APPRAISER

      Now comes Marsha S. Green ("Ms. Green"), by counsel, and hereby Opposes the Chapter 7 Trustee's Motion to Employ Appraiser.

      In support of this Opposition, Ms. Green states as follows:

1. The allegations as set forth in paragraph 1 are admitted.
2. The allegations as set forth in paragraph 2 are denied insofar as the ruling in *In re Snyder*, 249 B.R. 40 (1st Cir BAP 2000) applies, wherein the Bankruptcy Appellate Panel affirmed that the extent of the debtor's interest in the tenancy by the entirety "is indeterminate until the tenancy is terminated."
3. The allegations as set forth in paragraphs 3, 4, 5 and 6 cannot be admitted or denied. However, it is Ms. Green's position that a $1,000.00 fee is excessive for a residential condominium.
4. Given the holding in *In re Snyder, Id.,* it is an exercise in futility for the Trustee to seek an appraisal on a property in which the estate's interest is indeterminate.
5. This Court has ordered dispositive Motions to be filed in Adversary Proceeding No. 14-1026 by March 30, 2018. Accordingly, the Trustee's Motion is premature at best.

WHREREFORE, Ms. Green Opposes the Chapter 7 Trustee's Motion to Employ Appraiser for the reasons stated herein and for all other relief deemed just and equitable.

Respectfully submitted,

/s/ John F. Sommerstein
John F. Sommerstein
Counsel to Marsha Green
98 No. Washington Street
Suite 104
Boston, MA 02114
(617) 523-7474

Dated: February 28, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

_____

In Re:
Warren J Green,

                                                                        Chapter 7
                                                                       Case No: 13-10204-MSH

                            Debtor,

_____

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that I served the attached **Opposition** to the parties entitled to electric service listed below via the Court's CM/ECF system.

                                                                     /s/ John F. Sommerstein
                                                                     John F. Sommerstein

VIA ECF:

Paula R.C. Bachtell on behalf of Assistant U.S. Trustee John Fitzgerald
paula.bachtell@usdoj.gov

John O. Desmond
trustee@jdesmond.com,  jdesmond@ecf.epiqsystems.com

Kathleen P. Dwyer on behalf of Trustee Kathleen P. Dwyer
kdwyer@7trustee.net,  ma18@ecfcbis.com,aharris@mhdpc.com

Kathleen P. Dwyer on behalf of Trustee Kathleen P. Dwyer
kdwyer@mhdpc.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Leonard A. Frisoli on behalf of Debtor Warren I Green
laf@frisolilaw.com

Jennifer L. Hertz on behalf of Assistant U.S. Trustee John Fitzgerald
Jennifer.L.Hertz@usdoj.gov

Timothy Larson on behalf of Creditor Sovereign Bank, N.A.
bankruptcy@orlansmoran.com,  ANHSOM@4stechnologies.com;tlarson@orlansmoran.com

Anthony Leone on behalf of Plaintiff John O. Desmond
aleone@murthalaw.com

Anthony Leone on behalf of Trustee John O. Desmond
aleone@murthalaw.com

Anthony Leone on behalf of Trustee Kathleen P. Dwyer
aleone@murthalaw.com

Adam J. Ruttenberg on behalf of Trustee Kathleen P. Dwyer
aruttenberg@pbl.com

John F. Sommerstein on behalf of Defendant Marsha S. Green
jfsommer@aol.com, r43822@notify.bestcase.com

John F. Sommerstein on behalf of Interested Party Marsha S. Green
jfsommer@aol.com, r43822@notify.bestcase.com

Thomas S. Vangel on behalf of Other Professional Thomas Vangel
tvangel@murthalaw.com

Thomas S. Vangel on behalf of Plaintiff John O. Desmond
tvangel@murthalaw.com

Thomas S. Vangel on behalf of Trustee John O. Desmond
tvangel@murthalaw.com

Thomas S. Vangel on behalf of Trustee Kathleen P. Dwyer
tvangel@murthalaw.com