03/23/2018 Allowed. The objection of Marsha Green is overruled. The hearing scheduled for 3/27/2018, on the application to employ the appraiser is canceled.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | Chapter 7 |
| Warren I. Green | Case No. 13-10204-MSH |
| Debtor | |

**TRUSTEE'S MOTION TO EMPLOY APPRAISER**

John O. Desmond, Trustee, moves this Court for an order authorizing the trustee to employ James M. Curley, Jr., of William F. Curley, Jr. Associates, 982A Boston Post Road, Marlboro, MA 01752 as Appraiser, and further authorizing compensation of said James M. Curley, Jr. for a Flat Fee of One Thousand ($1,000.00) Dollars for services as appraiser upon the allowance of this Motion to Employ Appraiser, without the necessity of further Court approval.

In support of the motion, the trustee states the following:

1. The debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on January 16, 2013. On February 6, 2017, John O. Desmond was appointed Successor Trustee and continues to serve as trustee.

2. The Trustee recovered an interest in a condominium unit located at 287 Langley Road, Newton, Massachusetts (hereinafter the "Property") in Adversary Case No. 14-1026. It is necessary for the trustee to obtain an appraisal of the Property to be used in Trustee's Motion for Summary Judgment on the Section 363(h) Count of the complaint in said Adversary Proceeding.

3. The trustee proposes to employ James M. Curley, Jr. for a flat fee of One Thousand ($1,000.00) Dollars for preparing an appraisal of the Property to be paid